PETERSON AGENCY, INC., *Appellee*, v. CHARLES L. WHITE and MADA-
LINE H. WHITE, *Appellants*.

No. 47,848

Opinion filed January 24, 1976.

*Thomas J. Berscheidt*, of Ward and Bercheidt, of Great Bend, argued the
cause and was on the brief for the appellants.

*Kenneth C. Havner*, of Hays, argued the cause, and *Larry L. Kopke*, of
Great Bend, was on the brief for the appellee.

HARMAN, C. Judgment modified and reversed with directions.

STATE OF KANSAS, *Appellant*, v. DAVID A. WATKINS, *Appellee*.

No. 47,875

Opinion filed January 24, 1976.

*Robert L. Kennedy, Jr.*, assistant district attorney, argued the cause, and
*Curt T. Schneider*, attorney general, and *Keith Sanborn*, district attorney, were
with him on the brief for the appellant.

*James M. Glover*, of Wichita, argued the cause, and was on the brief for
the appellee.

PRAGER, J. Affirmed.

STATE OF KANSAS, *Appellee*, v. ANDERSON ARTHUR SCHELEY, RONNIE
LOUIS KELLY, *Appellants*.

No. 47,887

Opinion filed January 24, 1976.

*Hosea Ellis Sowell*, of Kansas City, Kansas, was on the brief for the
appellants.

*Curt T. Schneider*, attorney general, *Nick A. Tomasic*, district attorney, and
*Dennis L. Harris*, assistant district attorney, were on the brief for the appellee.

*Per Curiam:* Affirmed.